UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-20741-CIV-King/Garber

ANDRE LAVON GRANT,

    Plaintiff,

v.

THE SCHOOL BOARD OF
MIAMI-DADE COUNTY, FLA.,

    Defendant.
_____/

## OMNIBUS ORDER

THIS CAUSE is before the Court on the plaintiff's Motion to Compel Court Reporter to Forward Transcript (DE 41); Motion for Contempt of Court of Marjorie Paul and Mackendy Charles (DE 42); Motion for Contempt of Court of Shawanna Rudolph and Antwon Lester (DE 43); and plaintiff's Unopposed Motion for an Extension of All Deadlines. The Court has considered each of the aforesaid Motions and reviewed the docket in this cause. Accordingly, it is hereby

ORDERED as follows:

1. Plaintiff's Motion to Compel Court Reporter to Forward Transcript (DE 41) is DENIED AS MOOT; plaintiff has acknowledged receipt of said transcript.

2. Plaintiff's Motions for Contempt, etc. (DE 42 and 43) are each DENIED. The record in this cause does not reflect that a subpoena was served upon each of the proposed deponents by an appropriate return of service. Plaintiff may re-notice such depositions, serve each deponent with an appropriate subpoena, and file a proof of such service.

3. The Court has also received and considered plaintiff's Unopposed Motion for an Extension of All Deadlines. The docket reflects that said Motion has not been appropriately filed with the Court. **Plaintiff is hereby admonished that all future filings shall be made with the Clerk of this Court electronically, and copies sent to opposing counsel. Failure to comply may result in the dismissal of this cause.** Upon due consideration, and the Court noting that plaintiff is *pro se*, it is hereby

ORDERED that said (undocketed) Motion is GRANTED and all cut-off dates are hereby extended to June 1, 2007. **No further extensions will be granted.** The time for defendant's filing of any additional motions, including motions for summary judgment, is extended to June 10, 2007.

DONE AND ORDERED in Chambers at Miami, Florida this 3rd day of May, 2007.

*/s/ Barry L. Garber*
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE